the court erred in overruling the plea of res adjudicata filed by the defendants in said case." The record does not show that exceptions pendente lite were filed, and the bill of exceptions contains no assignment of error upon either of the above rulings. "Rulings on pleadings afford no ground for a new trial." *Zachry* v. *Industrial Loan & Investment Co.*, 182 *Ga.* 738 (5) (186 S. E. 832), and cit.; *Dumas* v. *Thomas*, 188 *Ga.* 90 (2 S. E. 2d, 915).

5. Ground 9 of the motion is merely elaborative of the general grounds that the verdict is contrary to the law and the evidence. The agreement upon the part of two of the children to relinquish their right to appeal from the judgment ordering the will to probate was sufficient consideration for the contract whereby the other children promised to divide the property into ten shares instead of eight. 17 C. J. S. 463, § 109, note 98. See *Smith* v. *Smith*, 36 *Ga.* 184; *Heard* v. *Palmer*, 72 *Ga.* 178; *Lunsford* v. *Kersey*, 191 *Ga.* 738 (13 S. E. 2d, 803).

6. The evidence, though conflicting, was sufficient to support the verdict in favor of the plaintiffs, and the judge did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

LANKFORD *et al.* v. HOLTON *et al.; et vice versa.*

